IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 16-cv-661-wmc

PAUL KEMPER,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Terrance J. Shaw's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for failure to exhaust his state court remedies.

/s/　　　　　　　　　　　　　　　　　　6/15/2017

Peter Oppeneer, Clerk of Court　　　　　　　Date